## **CERTIFICATE OF SERVICE**

      I, Greg Harold Greubel, certify that the above Amended Complaint is being served via e-mail with opposing counsel's written consent on this day, May 29, 2020.

Date: May 29, 2020
                                                                           */s/ Greg Harold Greubel*
                                                                           Greg Harold Greubel
                                                                           Greubel Legal Services
                                                                           PA Bar No. 321130
                                                                           744 South Street, Suite 715
                                                                           Philadelphia, PA 19147
                                                                           267-627-4889
                                                                           greg@glshelp.com