# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA R. HUDNELL, *Plaintiff*, v. THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., *Defendant*. | CIVIL ACTION NO. 20-01621 |

## ORDER

**AND NOW**, this 25th day of September 2020, upon consideration of Defendant's Motion to Dismiss, (ECF No. 18), Plaintiff's Response, (ECF No. 19), and Defendant's Reply, (ECF No. 21), it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.  Specifically:

1. The Court **DISMISSES without prejudice** Counts I, II, III, IV and VIII;

2. The Court **DISMISSES with prejudice** Count X;

3. The Court **DENIES** Defendant's Motion to Dismiss Count V;

4. Plaintiff may file a Third Amended Complaint, consistent with this Order and the attached Memorandum on or before **Friday, November 6, 2020.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.