# **CERTIFICATE OF SERVICE**

I, Greg Harold Greubel, hereby certify that on this date the foregoing Third Amended Complaint has been electronically filed with the Court and is available for viewing and downloading from the ECF System and thereby has been served upon the following counsel of record, electronically:

Daniel F. Thornton
Sidney R. Steinberg
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Phone: (215) 587-1000
Fax: (215) 587-1444

Date: November 4, 2020                               */s/ Greg H. Greubel*
                                                     Greg H. Greubel