IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA R. HUDNELL,<br><br>   *Plaintiff*,<br><br> v.<br><br>THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,<br>   *Defendant.* | CIVIL ACTION<br>NO. 20-01621 |

## ORDER

**AND NOW**, this 7th day of January 2021, upon consideration of Defendant's Motion to Dismiss the Third Amended Complaint, (ECF No. 27), Plaintiff's Response, (ECF No. 28), and Defendant's Reply, (ECF No. 29), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

                 BY THE COURT:

                 */s/ Gerald J. Pappert*
                 GERALD J. PAPPERT, J.